UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE CAMARGO,<br><br>           Plaintiff,<br><br>   v.<br><br>GENESIS CREDIT MANAGEMENT, LLC,<br><br>           Defendant. | Case No. 24-cv-06661-AMO<br><br>**ORDER TO SHOW CAUSE** |

On September 23, 2024, Plaintiff Monique Camargo filed a complaint against Defendant Genesis Credit Management, LLC. To date, no proof of service of the summons and complaint has been filed.

Proper service of process is a prerequisite to the Court's exercise of personal jurisdiction over a defendant. Fed. R. Civ. P. 4(k). " 'A federal court is without personal jurisdiction over a defendant unless the defendant has been served in accordance with Federal Rule of Civil Procedure 4.' " *Crowley v. Bannister*, 734 F.3d 967, 974-75 (9th Cir. 2013) (quoting *Travelers Cas. & Sur. Co. of Am. v. Brenneke*, 551 F.3d 1132, 1135 (9th Cir. 2009)). "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Accordingly, the Court **ORDERS** Plaintiff to show cause, in writing and by no later than January 10, 2025, why this case should not be dismissed for failure to serve within the time required by Rule 4(m). Notice is hereby provided that failure to file a written response will be deemed an admission Plaintiff does not intend to prosecute this case, and this case will be dismissed in accordance with Rule 4(m).

///

///

The case management conference currently set for January 8, 2025 is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 30, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**